# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICKEYTRAVELS, LLC,

    Plaintiff,

v.                                                    Case No:   6:22-cv-399-GAP-EJK

KELSEY CAPPS,
CHERYL NICKLAS,
CAITLYN STOYKA,
GLENN STOYKA and
MAGIC TRAVEL MAKERS,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Voluntary Dismissal With Prejudice (Doc. 6), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.

The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 16, 2022.



_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties